IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| RICHARD TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 130191D |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS COUNTY ASSESSOR, | ) | |
| | ) | |
| Defendant. | ) | **DECISION OF DISMISSAL** |

This matter is before the court on Defendant's Motion to Dismiss, filed April 22, 2013, requesting that the Complaint be dismissed.

A case management conference was held May 8, 2013. Plaintiff appeared on his own behalf. Paul E. Meyer (Meyer), Douglas County Counsel, appeared on behalf of Defendant.

During the conference, Meyer explained Defendant's Motion to Dismiss, discussing Plaintiff's property's real market value, maximum assessed value and assessed value, the statutory requirement of aggrievement (Oregon Revised Statute 305.275) and compression. After the discussion, the court stated that because Plaintiff's requested relief (a reduction in real

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

market value), if granted, would not result in a reduction in Plaintiff's property taxes,

Defendant's Motion to Dismiss is granted.  Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ____ day of May 2013.


_____
JILL A. TANNER
PRESIDING MAGISTRATE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This Decision of Dismissal was signed by Presiding Magistrate Jill A. Tanner on May 8, 2013.  The Court filed and entered this Decision of Dismissal on May 8, 2013.*